# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ROBERT LEE KIMMELL,                )
                                   )
                Petitioner,        )        3:11-cv-00311-LRH-VPC
                                   )
vs.                                )        **ORDER**
                                   )
                                   )
JACK PALMER, *et al.*,             )
                                   )
                Respondents.       )
_____/

Robert Lee Kimmell, a Nevada prisoner, has submitted a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254.  Before the court is respondents' motion for extension of time to respond to the petition (docket #8).  Good cause appearing, respondents' motion is granted.  Respondents shall have up to and including September 5, 2011 to respond to the petition.

**IT IS THEREFORE ORDERED** that respondents' motion  for extension of time to respond to petition for writ of habeas corpus (docket #8) is **GRANTED**.  Respondents shall have up to and including September 5, 2011 to file their response to the petition.

DATED this 20th day of July, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE