# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ROBERT LEE KIMMELL,

    Petitioner,

vs.

JACK PALMER, et al.,

    Respondents.

Case No. 3:11-cv-00311-RCJ-WGC

**ORDER**

    Petitioner has submitted a notice of change of address (#36).  The court dismissed this action on August 1, 2014.

    IT IS THEREFORE ORDERED that the clerk of the court shall send to petitioner a copy of the order dismissing the action (#33) and the judgment (#34).

    Dated:   October 21, 2014.

_____
ROBERT C. JONES
United States District Judge